## RECONSIDERATION OF PRIOR DECISIONS

**2010–1042. State ex rel. Neofotistos v. Indus. Comm.**
Franklin App. No. 09AP–712, 2010-Ohio-2065. Reported at 127 Ohio St.3d 1537, 2011–Ohio-447, 940 N.E.2d 989. On motion for reconsideration. Motion denied.

LUNDBERG STRATTON, CUPP, and MCGEE BROWN, JJ., dissent.

**2010–1634. State ex rel. Gonzales v. Nadel.**
In Mandamus. Reported at 127 Ohio St.3d 1501, 2011-Ohio-19, 939 N.E.2d 1265. On motion for reconsideration. Motion denied.

**2010–1842. State v. Morris.**
Medina App. No. 09CA0022–M, 2010-Ohio-4282. Reported at 127 Ohio St.3d 1533, 2011-Ohio-376, 940 N.E.2d 986. On motion for reconsideration. The motion is granted to the following extent: The discretionary appeal is accepted on Proposition of Law No. I.

LUNDBERG STRATTON, O'DONNELL, and MCGEE BROWN, JJ., would also grant the motion as to Proposition of Law No. II.

PFEIFER, LANZINGER, and CUPP, JJ., dissent.